# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY HINES, <br><br> Defendant. | Case No. 2:12-cr-00322-APG-VCF <br><br> **ORDER GRANTING MOTION TO DEFER RULING** <br><br> (ECF No. 36) |

IT IS ORDERED that defendant Timothy Hines' unopposed motion to defer ruling for 30 days **(ECF No. 36) is GRANTED**. Defendant Timothy Hines shall have until April 24, 2017 to file a supplement to his motion under 28 U.S.C. § 2255 addressing the decision in *Beckles v. United States*, 137 S. Ct. 886 (2017). The United States may file a response ten days after it receives Hines' supplement.

DATED this 13th day of April, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE