# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00322-APG-VCF |
| Plaintiff, | |
| v. | **ORDER GRANTING VOLUNTARY DISMISSAL** |
| TIMOTHY HINES, | (ECF No. 38) |
| Defendant. | |

Defendant Timothy Hines's motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) **(ECF No. 38) is granted**. I make no judgment whether a hypothetical future filing by Mr. Hines would constitute a successive petition. The clerk of the court is directed to close this file.

DATED this 2nd day of May, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE